Official Form 8
(12/03)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Brittany Lorean Dotson**                                    Case No.
                            Debtor(s)                                Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   |   | **Description of Property** | **Creditor's name** |
   |---|---|---|
   | 1. | 2002 Kawasaki - ATV | GE Capital Financial, Inc. |
   | 2. | 2002 Suzuki ATV | HSCC Retail Services |

   *b. Property to Be Retained*                                *[Check any applicable statement.]*

   |   | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|---|
   | 1. | Car loan - 2000 Ford Escort | Fifth Third Bank |  |  | X |

Date **December 10, 2004**              Signature **/s/ Brittany Lorean Dotson**
                                                   **Brittany Lorean Dotson**
                                                   Debtor